**Motion Granted and Order filed April 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00150-CV
_____

### THE HARRIS COUNTY APPRAISAL DISTRICT, Appellant

### V.

### CLEAR LAKE OFFICE PARTNERS, LLC AND METRO CLEAR LAKE OFFICE PARTNERS, LLC, Appellees

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-53295**

## ORDER

On March 26, 2015, appellant notified this court that the parties had reached an agreement to settle the issues on appeal and, upon approval of the settlement, to remand this cause for entry of an agreed final judgment. Appellant also filed a motion to extend time to file clerk's record. We grant the motion and issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **May 11, 2015**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM